STATE v. JEUNE

No. 496A91

Case below: 104 N.C.App. 388

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 9 January 1992.

STATE v. MATTHEWS

No. 440P91

Case below: 103 N.C.App. 805

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

STATE v. POINDEXTER

No. 513P91

Case below: 104 N.C.App. 260

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.

STATE v. ROBERTS

No. 517P91

Case below: 104 N.C.App. 311

Motion by the Attorney General to dismiss appeal for lack of substantial constitutional question allowed 9 January 1992. Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 9 January 1992.